FORM L90 Notice of Filing Trustee's Final Account and Distribution Report, Certification That the Estate Has Been Fully Administered, and Application to be Discharged, Combined with Order Fixing Deadline for Filing Objections Thereto  (v.8.14)

13−10247 − A − 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721−1318
(559) 499−5800
M−F 9:00 AM − 4:00 PM
www.caeb.uscourts.gov



## NOTICE OF FILING TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED, COMBINED WITH ORDER FIXING DEADLINE FOR FILING OBJECTIONS THERETO

**Case Number:**  13−10247 − A − 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

FLIGHT TEST ASSOCIATES, INC.

77−0438523
 P.O. Box 711
Mojave, CA 93502

**NOTICE IS HEREBY GIVEN THAT** the trustee in the above referenced case has filed a Final Account and Distribution Report, Certification That the Estate Has Been Fully Administered, and Application to be Discharged. The Final Account and Distribution Report, Certification That the Estate Has Been Fully Administered, and Application to be Discharged is available for inspection at the Office of the Clerk, U.S. Bankruptcy Court, at the address shown above.

**IT IS ORDERED AND YOU ARE FURTHER NOTIFIED THAT** any person wishing to object to the trustee's Final Account and Distribution Report, Certification That the Estate Has Been Fully Administered, and Application to be Discharged must file a written objection within 30 days of the date of this Notice. The objection shall state with particularity the grounds therefor (see NOTE below) and shall be accompanied by a notice of hearing with the date and time filled in. Self set calendar procedures and available hearing date are posted under *Court Calendars* on the Court's web site (www.caeb.uscourts.gov).

The objection, notice of hearing, and any supporting documents shall be served by the objecting party on the trustee, on the trustee's attorney, if any, and unless filed by the U.S. Trustee, on the Office of the U.S. Trustee on or before the date of filing with the Clerk. Proof of service of the objection, notice of hearing, and any supporting documents shall be filed concurrently with such pleadings, or within three (3) court days.

If no objections are filed, no hearing will be calendared and the Court will, **without further notice**, enter a final decree closing the case, discharging the trustee, and cancelling the trustee's bond.

Dated:
12/8/17

For the Court,
Wayne Blackwelder , Clerk

**NOTE:** Examples of matters which are appropriate grounds for hearings on objections to the trustee's Final Account and Distribution Report include, but are not limited to, failure by the trustee to collect and reduce to money the property of the estate; failure of the trustee to account for all property received; failure by the trustee to investigate the financial affairs of the debtor; and failure to be paid on a debt owed. Examples of matters which are **not** appropriate for hearings on objections to the trustee's report include general objections to the debtor's discharge; objections to the dischargeability of specific debts; and return of property.