```
                              United States Bankruptcy Court
                               Eastern District of California

In re:                                                                  Case No. 13-10247-A
FLIGHT TEST ASSOCIATES, INC.                                            Chapter 7
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0972-1          User: admin                   Page 1 of 4                   Date Rcvd: Dec 08, 2017
                              Form ID: L90                  Total Noticed: 181

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2017.
db             +FLIGHT TEST ASSOCIATES, INC.,    P.O. Box 711,    Mojave, CA 93502-0711
aty            +Brian S. Healy,    575 Market St #3050,    San Francisco, CA 94105-5847
aty            +D. Max Gardner,    1800 30th St 4th Fl,    Bakersfield, CA 93301-1932
aty            +Hanno T. Powell,    7522 N Colonial Ave #100,    Fresno, CA 93711-5874
aty            +Leonard K. Welsh,    4550 California Ave 2nd Fl,    Bakersfield, CA 93309-7012
aty            +Lisa Holder,    4550 California Ave 2nd Fl,    Bakersfield, CA 93309-7012
aty            +Michael Silander,    4165 E Thousand Oaks Blvd #350,    Westlake Village, CA 91362-3852
aty            +T. Scott Belden,    P.O. Box 9129,    Bakersfield, CA 93389-9129
aty            +Terrence T. Egland,    P.O. Box 9129,    Bakersfield, CA 93389-9129
app            +Gould Auction and Appraisal Company,    30602 Imperial St,    Shafter, CA 93263-9723
acc            +Janzen, Tamberi and Wong,    7650 N Palm Ave #105,    Fresno, CA 93711-5793
br              Piper Aircraft Recovery,    PO Box 81294,    Bakersfield, CA 93380-1294
20261336       +10 Tanker-STC LLC,    3217 N Sheridan Rd Hanger 38,    Tulsa OK 74115-2307
20480096        10 Tanker-STC, LLC,    92394 Aerospace Dr,    Victorville CA 92394
20261339       +ADP Inc,   P O Box 78415,    Phoenix AZ 85062-8415
20261349       +ASB Avionics,    1032 Sabovich Street,    Mojave CA 93501-2021
20261353        AT T Datacomm Inc,    P O Box 8104,    Aurora IL 60507-8104
20261355       +ATT Capital Services,    13160 Collections Center Drive,    Chicago IL 60693-0131
20261356       +AV Auto Paints Supply,    339 West Avenue I,    Lancaster CA 93534-1605
20261337       +Accord Creditor Services LLC,    P O Box 10002,    Newnan GA 30271-0002
20261338       +Acoustical Analysis Assoc Inc,    950 Enchanted Way Suite 105,    Simi Valley CA 93065-0908
20261341       +Advantage-Mastercard,    CitiCards,    P O Box 83071,    Columbus OH 43203-0071
20261342       +Aeromechanical Solutions Inc,    15219 NE 71st Court,    Redmond WA 98052-6800
20569550       +Aeromechanical Solutions LLC,    15219 ne 71st ct,    15219 NE 71ST CT,    REDMOND, WA 98052-6800
20261343       +Airgas West,    P O Box 7423,    Pasadena CA 91109-7423
20261344        American Expres,    Box 0001,    Los Angeles CA 90096-8000
20261346       +Angels Transport LLC,    14045 Estrero Road,    Victorville CA 92392-9379
20261347      #+Aries Blasting,    43845 Division Street,    Lancaster CA 93535-4061
20261348       +Arthur C Barth,    6850 Oak Springs Drive,    Oak Park CA 91377-3823
20261357       +Aviation Maintenance Group Inc,    8352 Kimball Avenue,    Building F350 3,    Chino CA 91708-9267
20261358       +Aviation Maintece Group Inc,    8352 Kimball Avenue Bldg F350 3,    Chino CA 91708-9267
20261362      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    Business Credit,    P O Box 982238,
                  El Paso TX 79998-2238)
20480095       +BBB Funding, LLC,    c/o Tamie Caulk,    2711 Centerville Rd #400,    Wilmington DE 19808-1645
20480093       +BBB Funding, LLC & ISAOA,    c/o Banc-Serv Partners, LLC,    777 E Main St,
                 Westfield IN 46074-9440
20261368       +BE Aerospace,    10000 NW 15th Terrace,    Miami FL 33172-2754
20261364       +Bank of America,    P O Box 15796,    Wilmington DE 19886-5796
20261366       +Bank of the Sierra,    c o WT Capital Lender Services,    7522 North Colonial Avenue Ste 101,
                 Fresno CA 93711-5865
20463917       +Becker Avionics,    c/o Michael J. Belcher,    Hunter, Molloy & Salcido, LLP,
                 35 North Lake Avenue, Suite 670,    Pasadena, CA 91101-1890
20261369       +Beckler Avionics,    10376 USA Today Way,    Miramar FL 33025-3901
20261371       +Borescope on Video Inc,    83 South Mountain View Road,    Apache Junction AZ 85119-9861
20261372       +Butler Robins White,    110 East Broward Blvd,    Suite 1890,    Fort Lauderdale FL 33301-3520
20261461      ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                 SACRAMENTO CA 94279-0029
                (address filed with court: State Board of Equalization,    P O Box 942879,
                  Sacramento CA 94279)
20261373      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: CitiBusiness Card,    Processing Center,    Des Moines IA 50363)
20261381       +CRF-Small Business Loan Company,    c o Brian S Healy Esq,    Tierney Watson Healy,
                 575 Market Street Suite 3050,    San Francisco CA 94105-5847
20261376       +Clark Slone,    P O Box 580907,    North Palm Springs CA 92258-0907
20261377       +Commercial Mobile Systems,    P O Box 790,    Riverside CA 92502-0790
20261379       +Consolidated Electrical Distributors,    P O Box 339,    Rancho Cucamonga CA 91729-0339
20261380       +Credit Management Association,    40 East Verdugo Avenue,    Second Floor,
                 Burbank CA 91502-1931
20261382       +Cytec Industrial Materaials,    5350 South 129th East Avenue,    Tulsa OK 74134-6703
20261384       +DER Aerospace LLC,    26500 West Agoura Road,    Calabasas CA 91302-1952
20261383       +Darrin Lofgren,    4801 Cinnabar Avenue,    Palmdale CA 93551-1839
20261385       +Donald Clark,    6713 Memory Court,    Bakersfield CA 93312-6290
20261393       +EMTEQ,    5349 South Emmer Drive,    New Berlin WI 53151-7302
20261387       +East Kern Airport District,    1434 Flightline,    Mojave CA 93501-2017
20261389       +Edmo Distributors Inc,    12830 E Mirabeau Parkway,    Spokane WA 99216-1559
20261391        Employment Development Department,    P O Box 826215 MIC 3A,    Sacramento CA 94230-6215
20528860        Employment Development Department,    Bankruptcy Group MIC 92E, PO BOX 826880,
                 Sacramento, CA 95814
20261390       +Employment Development Department,    PO Box 942879,    Sacramento CA 94279-0001
20480064       +Endura Steel Inc.,    17671 Bear Valley Rd,    Hesperia CA 92345-4902
20261395        Eruopean Avition Safety Agency,    Postfach 10 12 53-50452,    Cologne Germany
20261401       +FP Mangement Corp,    2552 Walnut Avenue No 230,    Tustin CA 92780-6983
20261396       +Fastenal,    43145 Business Center Parkway Unit 108,    Lancaster CA 93535-4564
20261397        Fedex,    P O Box 7221,    Pasadena CA 91109-7321
```

```
District/off: 0972-1          User: admin              Page 2 of 4                   Date Rcvd: Dec 08, 2017
                              Form ID: L90             Total Noticed: 181


20261399      +Finoff,    185 Belleuve Drive,     Boulder CO 80302-7815
20261400      +First Insurance Funding Corp,     450 Skokie Blvd Suite 1000,     Northbrook IL 60062-7917
20517982      +Genuine Aircraft Hardware,     Credit Management Association,     3110 W Cheyenne Ave #100,
                N Las Vegas NV 89032-2254
20261403      +Genuine Aircraft Hardware,     4250 Aerotech Center Way Unit B,     Paso Robles CA 93446-8534
20261404      +Global Parts Inc,    901 Industrial Road,     Augusta KS 67010-9565
20261405      +Goldman Walker DiMarco,    6303 E Tanque Verde Road No 110,      Tucson AZ 85715-3858
20261406       Guardian,    P O Box 677458,     Dallas TX 75267-7458
20261408      +High Performance Aircraft Inc,     1850 Joe Crosson Drive,     El Cajon CA 92020-1234
20261409      +Home Depot,    44226 20th Street West,     Lancaster CA 93534-4075
20261410      +Indian Wells,    2565 North Highway 14,     Inyokern CA 93527-2700
20261413      +J Chadwick Co,    1005 South Mountain Avenue,     Monrovia CA 91016-3642
20555823      +Jet Tech, LLC,    903 Rising Sun Rd,     Camden DE 19934-1923
20261414      +Job Aire Group, Inc.,     11125 N La Canada Dr #161,     Tucson AZ 85737-9404
20588516      +Joda, LLC,    Attn: Graham D. Stevens,     8909 Ladue Rd,     St Louis MO 63124-2075
20261415      +John Hancock USA,    5860 Uplander Way,     Culver City CA 90230-6608
20261418      +Kae L Ligon,    7148 Kamehameha V Highway B309,      Kaunakakai HI 96748-6000
20261419       Kaiser Permanente,    File Number 5915,     Los Angeles CA 90074-5915
21545771      +Karpe Real Estate Center,     8501 Camino Media #400,     Bakersfield CA 93311-1358
20261420      +Kenneth E Grosenick,    P O Box 1188,     Canyon Country CA 91386-1188
21064628       Kern County Treasurer Tax Collector,      P.O. Box 579,    Bakersfield, CA 93302-0579
20261421      +Law Office of Young Wooldridge,     1800 30th Street,     Bakersfield CA 93301-1932
20261422      +Levitt Law,    311 Main Street Suite 8,     Seal Beach CA 90740-6357
20442154      +Martin Testing Laboratories, Inc.,      4724 Arnold Ave.,    McClellan, CA 95652-2507
20261423      +Martin Testing Labs,    4724 Arnold Avenue,     McClellan CA 95652-2507
20261424       McMaster Carr,    P O Box 7690,     Chicago IL 60680-7690
20514698      +Med-Legal LLC,    P O Box 1288,     West Covina CA 91793-1288
20261425       Merrill Woods,    c o Bradley T Weeks,     Charlton Weeks LLP,     1031 West Avenue M-14 A,
                Palmdale CA 93551
20368753      +Michael B. Reynolds,    Snell & Wilmer L.L.P.,      600 Anton Boulevard, Suite 1400,
                Costa Mesa, CA 92626-7689
20463916      +Michael J. Belcher, SBN 044836,     Hunter, Molloy & Salcido, LLP,
                35 North Lake Avenue, Suite 670,     Pasadena, CA 91101-1890
20261427       Michael Reynolds Esq,    Plaza Tower,     600 Anton Blvd #1400,     Costa Mesa CA 92626-7689
20455896      +Mission Bank,    c/o Tom Roberts,     Mojave Desert Bank, N.A.,     15772 K St,
                Mojave CA 93501-1709
20261428      +Mojave Hardware,    2300 State Highway 58,     Mojave CA 93501-1815
20261429       Mojave Sanitation,    P O Box 1750,     Tehachapi CA 93581-1750
20261430      +Mouser Electronics Inc,    1000 North Main Street,      Mansfield TX 76063-1514
20261431      +NAAS North American Aircraft,     Services Inc,     11502 Jones Maltsberger,
                San Antonio TX 78216-2831
20261432       NASA Glenn Research Center,     Procurement Division MS 60-1,     21000 Brookpark Road,
                Cleveland OH 44135-3127
21223209      +National Test Pilots School,     Attn: T Faltgatter,     4550 California Ave, 2nd Fl,
                Bakersfield CA 93309-7012
20261433      +New Hampshire Flight Procurement,      25 New Orchard Road,     Pittsfield NH 03263-3912
20435701      +New Hampshire Flight Procurement, LLC,      311 Main St. #8,    Seal Beach, CA 90740-6357
20297059      +New Pig Corp.,    1 Pork Ave,     Tipton PA 16684-9001
20447718      +New Pig Corp.,    One Pork Ave,     Tipton PA 16684-9001
20261434      +New Pig Inc,    P O Box 304,     Tipton PA 16684-0304
20261436      +Newark,    4801 North Ravenswood Avenue,     Chicago IL 60640-4478
20458321      +North American Aircraft Services, Inc,      11502 Jones Maltsberger,     San Antonio, TX 78216-2831
20261437      +North Shore Agency,    9525 Sweet Valley drive Bldg 1,      Valley View OH 44125-4237
20261438      +Northrop Grumman Aerospace Systems,      One Space park Drive,    Redondo Beach CA 90278-1071
20261439      +Orcon Aerospace,    1570 Atlantic Street,     Union City CA 94587-2006
20261440      +Phillips Cohen Associates,     1002 Justison Street,     Wilmington DE 19801-5148
21548604      +Piper Aircraft Recovery,    1105 Douglas St,     Bakersfield CA 93308-1658
20261442      +Praetorian Insurance Company,     P O Box 5438,     New York NY 10087-5438
20261443      +Praxair,    43923 North Division Street,     Lancaster CA 93535-4059
20526961      +Praxair Distribution Inc.,     c/o RMS Bankruptcy Recovery Services,     PO Box 5126,
                Timonium MD 21094-5126
20261444      +Precision Labs,    644 East Rancho Vista Blvd,     Palmdale CA 93550-3001
20261446      +Pulsar Aviation Inc,    255 South Leland Norton Way,      San Bernardino CA 92408-0424
20261447      +Ramos Strong Inc,    P O Box 938,     Mojave CA 93502-0938
20261449      +Red Apple Aviation Inc,    14600 Whirlwind Avenue,      Jacksonville FL 32218-9440
20368754      +Red Apple Aviation, Inc.,     Michael B. Reynolds,     Snell & Wilmer L.L.P.,
                600 Anton Boulevard, Suite 1400,     Costa Mesa, CA 92626-7689
20480091      +Red Apple Aviation, Inc.,     823 11th Ave,    New York NY 10019-3557
20261450      +Royal Air Freight Inc,    2141 Airport Road,     Waterford MI 48327-1207
20261451      +Russ Wray,    4801 Cinnabar Avenue,     Palmdale CA 93551-1839
20563260       SDW Technical Enterprises Incorporated,      25423 178th St Southeast,     Monroe WA 98272-9237
20261458       SST Card Services,    Deetto,    P O Box 23060,     Columbus GA 31902-3060
20261453      +Sage Cheshire Aerospace,    42527 6th Street East Unit 103,      Lancaster CA 93535-5205
20438338      +Sage Cheshire, Inc,    42527 6th Street East, #103,      Lancaster, CA 93535-5205
20261454      +Scott Aerospace Technologies,     P O Box 150105,     Tulsa OK 74115-0105
20261455      +Simon Perez,    22362 Guynemer Court,     California City CA 93505-6001
20261456      +Skylight Avionics,    38629 6th Street East,     Palmdale CA 93550-3717
20261457      +Southern California Edison,     P O Box 300,    Rosemead CA 91772-0001
20374585      +Southern California Edison Company,      Attn: Credit and Payment Services,
                1551 W San Bernardino Rd,    Covina CA 91722-3407
```

```
District/off: 0972-1          User: admin                 Page 3 of 4                   Date Rcvd: Dec 08, 2017
                              Form ID: L90                Total Noticed: 181

20261459       +Standard Aero,    6710 N Scottsdale Rd #250,     Scottsdale AZ 85253-4444
20261462       +State Board of Equalization,    1800 30th Street Ste 380,    Bakersfield CA 93301-1922
20261463       +Strom Aviation Inc,    109 South Elm Street,    Waconia MN 55387-1440
20261464      #+Strong Aero Engineering Inc,    9640 Paso Robles Avenue,     Northridge CA 91325-1964
20261465        Swift Napa Auto Parts,    5113 Lake Isabella Bvld,    Lake Isabella CA 93240
20261476       +TLX Holdings LLC,    Attn Timothy E Mancuso,    220 George Bush Blvd,
                 Delray Beach FL 33444-4035
20261478       +TTI Inc,   2441 Northeast Parkway,    Fort Worth TX 76106-1816
20261466       +Tel-Tec Security Systems Inc,    5020 Lisa Marie Court,    Bakersfield CA 93313-2700
20261468       +The Guerini Law Firm,    106 South Mentor Ave #150,    Pasadena CA 91106-2951
20261469       +The Print Shoppe,    140 South Business Court,    Rocky Mount NC 27804-6543
20261470       +Thornton Aircraft Company,    1220 Virginia Road,    San Marino CA 91108-1054
20261471       +Thrane Thrane Inc,    509 Viking Drive Ste KL M,    Virginia Beach VA 23452-7359
20261472       +Threshold Aviation Group,    8352 Kimball Avenue Blgd F350 3,     Chino CA 91708-9267
20261473       +Threshold-FBO Services,    8352 Kimball Avenue,    Chino CA 91708-9267
20261474       +Time Aviation,    4750 Littlejohn St,    Baldwin Park CA 91706-2274
20480097        Time Aviation,    28402 West Livingston,    Valencia CA 91355-4172
20261475       +Timothy E Mancuso,    P O Box 7928,    Delray Beach FL 33482-7928
20261477        Total Aviation Ltd,    Fuglebaekvej 3A,    2770 Kastrup Denmark
20480057        Total Aviation Ltd. A/S,    Kirstinehoej 36B,    DK-2770 Kastrup DENMARK
20261482      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US Bank,     P O Box 790408,    Saint Louis MO 63179-0408)
20261480       +Umeco Structural Materials,    5350 South 129th East Avenue,     Tulsa OK 74134-6703
20261481       +United States Attorney,    for Internal Revnue Service,    2500 Tulare Street Room 4401,
                 Fresno CA 93721-1331
20261483       +Wencor West Inc,    P O Box 514,    Springville UT 84663-0514
20261484       +Wesco Aircraft Hardward Corp Inc,     27727 Avenue Scott,    Valencia CA 91355-3909
20261486       +Western Exterminator Co,    37804 Sierra Highway,    Palmdale CA 93550-5372
20261345       +aMojave Desert Bank,    P O Box C,    15773 K Street,    Mojave CA 93501-1708
20261370       +bMojave Desert Bank,    P O Box C,    15773 K Street,    Mojave CA 93501-1708
20261386       +dSmall Business Administration,    Banc-serv Partners LLC,    777 East Main Street,
                 Westfield IN 46074-9440
20261388       +eBank of the Sierra,    224 West F Street,    Tehachapi CA 93561-1616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: jeffreyvetter@hotmail.com Dec 09 2017 01:43:21      Jeffrey M. Vetter,
                 PO Box 2424,    Bakersfield, CA 93303-2424
20261350       +E-mail/Text: g17768@att.com Dec 09 2017 01:42:52      AT T,    P O Box 105068,
                 Atlanta GA 30348-5068
20261351       +E-mail/Text: g20956@att.com Dec 09 2017 01:43:58      AT T,    P O Box 6463,
                 Carol Stream IL 60197-6463
20261352       +E-mail/Text: g17768@att.com Dec 09 2017 01:42:52      AT T,    P O Box 5025,
                 Carol Stream IL 60197-5025
20261354        E-mail/Text: g17768@att.com Dec 09 2017 01:42:53      AT T Long Distance,    P O Box 5017,
                 Carol Stream IL 60197-5017
20261340        E-mail/Text: bkr@cardworks.com Dec 09 2017 01:42:48      Advanta Credit Cards,    P O Box 31032,
                 Tampa FL 33631-3032
20261367       +E-mail/Text: bknotice@bankofthesierra.com Dec 09 2017 01:43:45      Bank of the Sierra,
                 128 East Main Street,    Visalia CA 93291-6358
20261365       +E-mail/Text: bknotice@bankofthesierra.com Dec 09 2017 01:43:45      Bank of the Sierra,
                 P O Box 1930,    Porterville CA 93258-1930
20261392       +E-mail/Text: itcdbg@edd.ca.gov Dec 09 2017 01:43:18      Employment Development Department,
                 Bankruptcy Special Procedures,    P O box 826880 MIC 92E,    Sacramento CA 94280-0001
20438452        E-mail/Text: BKBNCNotices@ftb.ca.gov Dec 09 2017 01:44:27      FRANCHISE TAX BOARD,
                 BANKRUPTCY SECTION MS A340,    PO BOX 2952,    SACRAMENTO CA 95812-2952
20261402       +E-mail/Text: BKBNCNotices@ftb.ca.gov Dec 09 2017 01:44:27      Franchise Tax Board,
                 Special Procedures Section,    P O Box 2952,    Sacramento CA 95812-2952
20261407       +E-mail/Text: mparedes@hdmg.net Dec 09 2017 01:43:46      High Desert Medical Group,
                 P O Box 7007,    Lancaster CA 93539-7007
20261412       +E-mail/Text: cio.bncmail@irs.gov Dec 09 2017 01:43:06      Internal Revenue Service,
                 4825 Coffee Road,    Bakersfield CA 93308-9435
20595312       +E-mail/Text: g17768@att.com Dec 09 2017 01:42:52      Pacific Bell Telephone Company,
                 % AT&T Services Inc.,    Karen A. Cavagnaro - Lead Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
20261441       +E-mail/Text: bankruptcy@pb.com Dec 09 2017 01:44:08      Pitney Bowes Global Financial Service,
                 P O Box 856460,    Louisville KY 40285-6460
20433873       +E-mail/Text: bankruptcy@pb.com Dec 09 2017 01:44:08
                 Pitney Bowes Global Financial Services LLC,     27 Waterview Drive,    Shelton, CT 06484-4301
20261452        E-mail/Text: bankruptcy@safety-kleen.com Dec 09 2017 01:43:12      Safety-Kleen,    P O Box 7170,
                 Pasadena CA 91109-7170
20261467       +E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM Dec 09 2017 01:42:51      The Company Corporation,
                 P O Box 13397,    Philadelphia PA 19101-3397
20261479       +E-mail/Text: accounts.receivable@uline.com Dec 09 2017 01:43:46      Uline,
                 2200 South Lakeside Drive,    Waukegan IL 60085-8311
20261485       +E-mail/Text: westairmed@aol.com Dec 09 2017 01:43:34      Western Aeromedical Consortium,
                 P O Box 3019,    Santa Maria CA 93457-3019
                                                                                              TOTAL: 20
```

```
District/off: 0972-1          User: admin               Page 4 of 4               Date Rcvd: Dec 08, 2017
                              Form ID: L90              Total Noticed: 181

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              California Employment Development Department
cr              Internal Revenue Service
20261416        Johnnie B Ligon Deceased
auc*           +Gould Auction and Appraisal Company,   30602 Imperial St,   Shafter, CA 93263-9723
20605077*      +ASB AVIONICS LLC,   1032 SABOVICH STREET,   MOJAVE, CA 93501-2021
20261360*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   Business Credit Express,   P O Box 982238,
                 El Paso TX 79998-2238)
20261363*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   P O Box 15025,   Wilmington DE 19886-5025)
20261359*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   P O Box 982238,   El Paso TX 79998-2238)
20261361*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   Small Business Credit,   P O Box 982238,
                 El Paso TX 79998-2238)
20261398*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: FIA Card Services,   P O Box 982238,   El Paso TX 79998-2238)
20261374*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Citibusiness Card,   P O Box 183051,   Columbus OH 43218-3051)
20261378*      +Commercial Mobile Systems,   P O Box 790,   Riverside CA 92502-0790
21873898*       Franchise Tax Board,   Bankruptcy Section MS A340,   PO Box 2952,   Sacramento, CA 95812-2952
20261411*       Internal Revenue Service,   P O Box 7346,   Philadelphia PA 19101-7346
br            ##+Karpe Real Estate Center,   4000 Ming Ave,   Bakersfield, CA 93309-4902
20261394      ##+Endura Steel,   411 West Avenue H-6,   Lancaster CA 93534-1633
20261417      ##+Joseph Mann Creed,   20600 Chagrin Blvd Suite 550,   Shaker Heights OH 44122-5340
20261426      ##+Michael Reitenbach,   P O Box 5161,   Hemet CA 92544-0161
20261435      ##+New Source Corporation,   572 South Econ CR Suite 1020,   Oviedo FL 32765-4310
20261445      ##+Precision Molded Products,   12155 Magnolia Ave,   Riverside CA 92503-4968
20261448      ##+Receivable Management Services,   4836 Brecksville Road,   P O Box 509,
                 Richfield OH 44286-0509
20261460      ##+Standard Aero-Tempe,   1524 West 14th Street Suite 110,   Tempe AZ 85281-6974
20261375      ##+cJODA LLC,   1350 Elbridge Payne No 208,   Chesterfield MO 63017-8531
                                                                              TOTALS: 3, * 11, ## 9
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2017 at the address(es) listed below:
NONE.                                                                                     TOTAL: 0
```

FORM L90 Notice of Filing Trustee's Final Account and Distribution Report, Certification That the Estate Has Been Fully Administered, and Application to be Discharged, Combined with Order Fixing Deadline for Filing Objections Thereto (v.8.14)

13–10247 – A – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318
(559) 499–5800
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



**NOTICE OF FILING TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED, COMBINED WITH ORDER FIXING DEADLINE FOR FILING OBJECTIONS THERETO**

**Case Number:** 13–10247 – A – 7

Debtor Name(s), Social Security Number(s), and Address(es):

FLIGHT TEST ASSOCIATES, INC.

77–0438523
P.O. Box 711
Mojave, CA 93502

**NOTICE IS HEREBY GIVEN THAT** the trustee in the above referenced case has filed a Final Account and Distribution Report, Certification That the Estate Has Been Fully Administered, and Application to be Discharged. The Final Account and Distribution Report, Certification That the Estate Has Been Fully Administered, and Application to be Discharged is available for inspection at the Office of the Clerk, U.S. Bankruptcy Court, at the address shown above.

**IT IS ORDERED AND YOU ARE FURTHER NOTIFIED THAT** any person wishing to object to the trustee's Final Account and Distribution Report, Certification That the Estate Has Been Fully Administered, and Application to be Discharged must file a written objection within 30 days of the date of this Notice. The objection shall state with particularity the grounds therefor (see NOTE below) and shall be accompanied by a notice of hearing with the date and time filled in. Self set calendar procedures and available hearing date are posted under *Court Calendars* on the Court's web site (www.caeb.uscourts.gov).

The objection, notice of hearing, and any supporting documents shall be served by the objecting party on the trustee, on the trustee's attorney, if any, and unless filed by the U.S. Trustee, on the Office of the U.S. Trustee on or before the date of filing with the Clerk. Proof of service of the objection, notice of hearing, and any supporting documents shall be filed concurrently with such pleadings, or within three (3) court days.

If no objections are filed, no hearing will be calendared and the Court will, **without further notice**, enter a final decree closing the case, discharging the trustee, and cancelling the trustee's bond.

Dated:
12/8/17

For the Court,
Wayne Blackwelder , Clerk

**NOTE:** Examples of matters which are appropriate grounds for hearings on objections to the trustee's Final Account and Distribution Report include, but are not limited to, failure by the trustee to collect and reduce to money the property of the estate; failure of the trustee to account for all property received; failure by the trustee to investigate the financial affairs of the debtor; and failure to be paid on a debt owed. Examples of matters which are **not** appropriate for hearings on objections to the trustee's report include general objections to the debtor's discharge; objections to the dischargeability of specific debts; and return of property.